FILED
2016 Nov-01  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDI FREDERICK,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-cv-01647-RDP |
| **SERVICE EXPERTS HEATING & AIR CONDITIONING, LLC, et al.,** | } |
| Defendants. | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 81), filed November 1, 2016, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this November 1, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE